UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


SANDRA M. BRITT                                                    PLAINTIFF


VERSUS                              CIVIL ACTION NO. 1:04CV615-LG-RHW


CINGULAR WIRELESS LLC, et al                              DEFENDANTS


## ORDER DENYING MOTION TO STRIKE EXPERT

Before the Court is Defendant's [78] Motion to Strike Expert Designation.  Defendant

argues that the Court should strike the designation of George T. Tate, a clinical psychologist, as

an expert in the case.  Plaintiff named Dr. Tate as an expert to testify in support of her claim that

she suffered certain injuries as a result of an alleged sexually hostile work environment.  In

support of this Motion, Defendant argues that the expert report does not conform to the

requirements of Fed. R. Civ. P. 26 in that  Dr. Tate's report fails to provide a listing of other cases

in which he has testified as a witness, and the expert report fails to specify the basis and reasons

for his opinion.  Plaintiff counters that Dr. Tate provided a sufficient report as to basis and

reasons for his opinion.  Furthermore, she argues that she designated Dr. Tate as an expert

because he was a treating and examining physician.

The Court concludes that, to the extent he will be used as an expert witness, Dr. Tate's

testimony should be limited to that of a "treating physician".  The Local Rules state that treating

physicians must be designated as experts, but that a treating physician is "only required to

provide the facts known and opinions held by the treating physician(s) and a summary of the

grounds therfor."  Local Rule 26.1(A)(2)(e).  Dr. Tate's expert testimony, therefore, will be

limited to the statements in his report, records, and deposition testimony.

IT IS THEREFORE ORDERED AND ADJUDGED that Defendant's [78] Motion to Strike is DENIED, but subject to the limitations outlined in this Order.

SO ORDERED, this the 11th day of September, 2006.

s/ *Robert H. Walker*
UNITED STATES MAGISTRATE JUDGE